UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PARKER, JR., ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CROWN EQUIPMENT CORPORATION,<br><br>　　　　　Defendant. | Case No.  2:20-cv-00357-KJM-DB<br><br>Assigned to the Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING MOTION TO CONTINUE PRETRIAL DEADLINES** |

　　　　This matter having come before the Court on Defendant Crown Equipment Corporation's Motion to Continue Pretrial Deadlines, **IT IS ORDRED** that the case's pretrial deadlines are hereby continued by 4 months.  The motion is unopposed and, accordingly, the hearing set for May 6, 2022 on the motion is vacated.  The case's pretrial deadlines are revised as follows:

- August 1, 2022: Fact Discovery Deadline
- September 1, 2022: Plaintiff's Expert Disclosures Due
- October 1, 2022: Crown's Expert Disclosures Due; Deadline to Complete Discovery of Plaintiff's Experts
- November 1, 2022: Deadline to Complete Discovery of Crown's Experts
- All Dispositive Motions Shall be Heard by February 17, 2023

1

All other provisions in the court's pretrial scheduling order remain in effect.

DATED: April 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                                    */s/  Ryan E. Cosgrove*